# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 16, 2010

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 09-3917

| | |
|---|---|
| BARBARA J. CASTILE, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Southern District of |
| | Indiana, Indianapolis Division. |
| *v.* | |
| | No. 1:09-cv-0023 |
| MICHAEL J. ASTRUE, Commissioner of | |
| the Social Security Administration, | David F. Hamilton, |
| *Defendant-Appellee*. | *Judge*. |

**ORDER**

The slip opinion of August 13, 2010, is amended as follows:

First page, line 5, "proscribed" is deleted and replaced with "prescribed".